193 So. 889
### Daniel MILLER v. STATE.
6 Div. 478.

Court of Appeals of Alabama.
Jan. 9, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

199 So. 913
### Tollie MILLER v. STATE.
8 Div. 44.

Court of Appeals of Alabama.
Nov. 12, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.
Affirmed.

198 So. 877
### Walt MILLER v. STATE.
8 Div. 48.

Court of Appeals of Alabama.
Nov. 6, 1940.

Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

RICE, Judge.
Affirmed.

193 So. 889
### M. J. MILLSAP v. STATE.
6 Div. 626.

Court of Appeals of Alabama.
Jan. 9, 1940.

Wm. Conway, of Birmingham, for appellant.
Thos. S. Lawson, Atty. Gen., and Wm. H. Loeb, Asst. Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

193 So. 889
### W. B. MIZE v. STATE.
7 Div. 544.

Court of Appeals of Alabama.
Jan. 16, 1940.

Chas. F. Douglas, of Anniston, for appellant.
Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

198 So. 878
### Andrew MOOMAW v. STATE.
8 Div. 58.

Court of Appeals of Alabama.
Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.